**TIMOTHY M. COLLIER, STATE BAR NO. 030431**
**LAW OFFICE OF TIMOTHY M. COLLIER, PLLC**
**3295 North Drinkwater Blvd., Suite 9**
**Scottsdale, Arizona 85251**
**Tel. (480) 855-1842**
**Fax (480) 718-8759**
**timothy.collier@tmcollierlaw.com**

*Attorney for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JAMIE GRANADO, an unmarried man; DESERT VALLEY STEAM (CARPET CLEANING) LLC, an Arizona limited liability company; and VICTOR GRANADO an unmarried man,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>ATLAS RESIDENTIAL, LLC, an Arizona limited liability company; RONALD B. HERB and JANE DOE HERB, spouses; ATLAS GENERAL, LLC, an Arizona limited liability company; FAVER ANTONIO LONDONO and JAN DOE LONDONO; JOHN DOES I-X; JANE DOES I-X; BLACK CORPORATIONS I-X; WHITE PARTNERSHIPS I-X; and RED LIMITED LIABILITY COMPANIES I-X.<br><br>　　　　　Defendants. | Chapter 11 Proceeding<br><br>Case No. 2:20-bk-00570-BKM<br><br><br>**No. _____**<br><br><br>**NOTICE OF REMOVAL** |

JAMIE GRANADO, an unmarried man; and VICTOR GRANADO an unmarried man (the "Movants"), as Plaintiffs in the Arizona Superior Court of Pinal County (the "Superior Court"), Case No. S1100CV2018-01357 (the "Removed Case"), hereby remove the Removed Case to the United States Bankruptcy Court for the District of Arizona (the "Bankruptcy Court")

## I. Entitlement to Removal.

The Removed Case was commenced in the Superior Court on August 3, 2018. On January 16, 2020, the Movants commenced Chapter 11 bankruptcy, Case No. 2:20-BK-00570-BKM, (collectively the "Bankruptcy Case") in the Bankruptcy Court in the District of Arizona. The Removed Case is a case related to the Bankruptcy Case. As such, the United States District Court for the District of Arizona (the "District Court") has jurisdiction of the Removed Case pursuant to 28 U.S.C. § 1334(b). Therefore, pursuant to 28 U.S.C. § 1452(a), the Removed Case may be removed to the District Court.

Pursuant to 28 U.S.C. § 157, the District Court may refer the Removed Case to the bankruptcy judges for the district. By its General Order 128, the District Court has referred to the bankruptcy judges for this district all cases under Title 11 and all proceedings under Title 11 or arising in or related to a case under Title 11. That includes the Removed Case.

As permitted by Bankruptcy Rule 9027(a)(2), this Notice of Removal is being filed within ninety (90) days after the order for relief in the Bankruptcy Case.

### a. Status of Removed Case.

The Removed Case is a core proceeding within the meaning of 28 U.S.C. § 157(b), as the Removed Case involves proceedings (a) to determine whether Atlas Residential, LLC ("Atlas") breached the Deed of Trust and/or Promissory Note related to the property subject to the litigation; (b) to determine whether Atlas, Atlas General, LLC ("Atlas General"), and/or Faver Antonio Londono ("Londono") were negligent in not securing proper permitting, engaging in construction that required permitting, and using unlicensed contractors on the subject property; and (c) to determine whether certain insurance proceeds were properly applied in accordance with the Deed of Trust and Arizona law.

Pursuant to 28 U.S.C. § 157(c)(2), the Movants do consent to the District Court's referral of the Removed Case to the Bankruptcy Court to hear and determine and to enter appropriate orders and judgments, subject to review under 28 U.S.C. § 158. Pursuant to Bankruptcy Rule 9027(a)(1), the Movants do consent to the entry of final orders of judgments by the bankruptcy judge.

### II. Process and Pleadings.

This notice is accompanied by copies of all process, pleadings (as narrowly defined by F.R.Civ.P. Rule 7(a)) and minute entries and orders filed prior to removal, plus, if

available, a copy of the docket for the Removed Case from the court where the Removed Case is pending.

**III.     Filing in Superior Court**.

Promptly after the filing hereof, the undersigned will file a copy of this notice with the Clerk of the Superior Court.

**WHEREFORE**, the Movants respectfully requests entry of an order granting the relief requested herein and such other and further relief as is just and proper.

RESPECTFULLY SUBMITTED on this 10<u>th</u> day of <u>April</u>, 2020.

By<u>/s/ Timothy M. Collier</u>
TIMOTHY M. COLLIER
3295 North Drinkwater Blvd., Suite 9
Scottsdale, Arizona 85251
*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that on April 10, 2020, I caused a copy of the foregoing **NOTICE OF REMOVAL** to be served via courtesy copy via the Court's CM/ECF system, on the following:

Office of U.S. Trustee
230 North First Ave., Suite 204
Phoenix, AZ 85003-1706
ustpregion14.px.ecf@usdoj.gov
Patty.Chan@usdoj.gov

Cynthia Johnson
Law Office of C.L. Johnson
11640 East Caron Street
Scottsdale, AZ 85259
cynkthia@jsk-law.com

Kyle A. Kinney
LAW OFFICES OF KYLE A. KINNEY, PLLC
1717 N. 77th St., Suite 6
Scottsdale, AZ 85257
kyle@kinneylaw.net

Patrick F. Keery*
Keery McCue, PLLC
6803 East Main Street, Suite 1116
Scottsdale, AZ 85251
pfk@keerymccue.com
*Attorneys for Desert Steam*

<u>s/ *Tremain Davis*</u>
Tremain Davis