# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
## Minute Entry

### Hearing Information:

| | |
|---|---|
| Debtor: | DESERT VALLEY STEAM CARPET CLEANING LLC |
| Case Number: | 2:20-BK-00570-BKM   Chapter: 11 |
| Date / Time / Room: | TUESDAY, NOVEMBER 10, 2020 02:00 PM   TELEPHONIC HRGS |
| Bankruptcy Judge: | BRENDA K. MARTIN |
| Courtroom Clerk: | ELIZABETH PASCUA |
| Reporter / ECR: | N/A |

### Matter:

ADV: 2-20-00093

**JAMIE GRANADO & DESERT VALLEY STEAM (CARPET CLEANING) LL & VICTOR GRANADO vs ATLAS RESIDENTIAL, LLC & ATLAS GENERAL, LLC & FAVER ANTONIO LONDONO**
SCHEDULING CONFERENCE

R / M #:   5 / 0

### Appearances:

SHAWN MCCABE, ATTORNEY FOR DESERT VALLEY STEAM CARPET CLEANING LLC
PATTY CHAN, ATTORNEY FOR U. S. TRUSTEE
TIMOTHY COLLIER, ATTORNEY FOR JAMIE GRANADO, ET AL
PAT BARROWCLOUGH, ATTORNEY FOR ATLAS RESIDENTIAL, ET AL
CYNTHIA JOHNSON, ATTORNEY FOR ATLAS RESIDENTIAL, ET AL

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)...　　2:20-BK-00570-BKM　　　　　　TUESDAY, NOVEMBER 10, 2020 02:00 PM

## *Proceedings:*

**ADMINISTRATIVE CASE, 2:20-bk-00570-BKM**

**MATTER 1)**

COURT: THE COURT NOTES A STIPULATION WAS FILED LAST FRIDAY TO SUBSTITUTE MR. MCCABE AS COUNSEL FOR THE DEBTOR. THE COURT INFORMS COUNSEL HE NEEDS TO APPLY AND BE APPROVED BY THE COURT. THE COURT WILL ALLOW MR. MCCABE APPEAR ON COUNSEL'S AVOWAL HE WILL PROMPTLY FILE THE APPLICATION.

Mr. McCabe responds he has been preparing the application. He hopes to have it filed by the end of the day. He reviews the objection to the disclosure statement. He plans to revise the disclosure statement to address the issues. He responds to the Court's questions. He suggests taking the matter off calendar until other issues are resolved.

COURT: THE COURT WILL NOT TAKE ANY ACTION AND WILL NOT SET A CONTINUED HEARING.

**MATTER 2)**

Mr. Barrowclough states the parties need an evidentiary hearing to resolve the issues. He proposes the parties put together a scheduling order and set a continued hearing for 12-10-2020 as a status hearing. He provides an update and notes the parties need to get a property valuation.

Mr. McCabe agrees with Mr. Barrowclough. The parties will need an evidentiary hearing on valuation of the property in the near future.

Mr. Barrowclough responds to the Court's questions. Valuation is not currently before the Court. He is drafting a joint motion. He hopes for an agreed schedule and to file it in the next few days.

Ms. Chan notes the debtor is delinquent with reports and fees. Her office is concerned with the administrative expenses and is reviewing the case to see whether it is fruitful for the case to proceed in a chapter 11.

COURT: THE COURT WILL SET THIS MATTER OVER TO DISCUSS HOW THE PARTIES WANT TO PROCEED. THE COURT SHARES ITS INITIAL REACTION THAT THERE MAY BE LEGAL ARGUMENTS TO BE RAISED BEFORE ANY FACTUAL DISCOVERY. THE COURT EXPRESSES ITS CONCERN. IT IS ORDERED SETTING A CONTINUED HEARING FOR 12-10-2020 AT 11:00 AM.

**ADVERSARY, 2:20-ap-00093-BKM**

COURT: THE COURT NOTES MR. COLLIER UPLOADED A DISCOVERY PLAN.

Mr. Collier states he uploaded a proposed order. The parties met and discussed the dates. He asks the Court to consider 12-11-2020 to disclose initial disclosure statements.

COURT: THE COURT APPRECIATES THE PARTIES SETTING FORTH THE NATURE OF THE CASE. THE COURT NOTES THE PARTIES WILL BE PREPARED FOR TRIAL 10-15-2021. THE COURT WILL SET A STATUS HEARING AND SET A TRIAL DATE IF THE PARTIES ARE PREPARED AT THAT POINT. IT IS ORDERED SETTING A STATUS HEARING FOR 11-09-2021 AT 11:00 AM.

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)...   2:20-BK-00570-BKM                TUESDAY, NOVEMBER 10, 2020 02:00 PM

Mr. Collier asks if the Court reviewed the order he uploaded.

COURT: THE COURT NOTES IT HAS NOT BEEN UPLOADED FOR THE COURT TO REVIEW. THE COURT DIRECTS COUNSEL TO SEND A WORD COPY TO MS. STAPLETON.

Mr. Barrowclough states the proposed order provides for a trial setting conference.