**ORDERED ACCORDINGLY.**

Dated: November 17, 2020



_Brenda K. Martin_
**Brenda K. Martin, Bankruptcy Judge**

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JAMIE GRANADO, an unmarried man; DESERT VALLEY STEAM (CARPET CLEANING) LLC, an Arizona limited liability company; and VICTOR GRANADO an unmarried man,<br><br>        Plaintiffs,<br><br>vs.<br><br>ATLAS RESIDENTIAL, LLC, an Arizona limited liability company; RONALD B. HERB and JANE DOE HERB, spouses; ATLAS GENERAL, LLC, an Arizona limited liability company; FAVER ANTONIO LONDONO and JAN DOE LONDONO; JOHN DOES I-X; JANE DOES I-X; BLACK CORPORATIONS I-X; WHITE PARTNERSHIPS I-X; and RED LIMITED LIABILITY COMPANIES I-X.<br><br>        Defendants. | Chapter 11 Proceeding<br><br>Case No. 2:20−bk−00570−BKM<br><br>**AP No. 2:20−ap−00093−BKM**<br><br>**CASE MANAGEMENT ORDER** |

    The Court enters the following Case Management Order to govern the litigation in this case:

1. **Deadline for Joining Parties, Amending Pleadings, and Filing Supplemental Pleadings**. The deadline for joining parties, amending pleadings, and filing supplemental pleadings is **60 days** from the date of this Order.

2. **Discovery Limitations**. None requested at this time.

3. **Fact Discovery**. The deadline for the completion of fact discovery, including discovery by subpoena, shall be **May 14, 2021**. To ensure compliance with this deadline, the following rules shall apply:

   a. Written Discovery: All interrogatories, requests for production of documents, and requests for admissions shall be served at least **60 days** before the discovery deadline.

   b. The parties may mutually agree in writing, without Court approval, to extend the time provided for discovery responses in Rules 7033, 7034 and 7036 of the Federal Rules of Bankruptcy Procedure. Such agreed upon extensions, however, shall not alter or extend the discovery deadlines set forth in this Order.

4. **Expert Disclosures and Discovery**.

   a. Plaintiff(s) shall provide full and complete expert disclosures, as required by Rule 7026(a)(2)(A)-(C) of the Federal Rules of Bankruptcy Procedure, no later than **February 5, 2021**.

   b. Defendant(s) shall provide full and complete expert disclosures, as required by Rule 7026(a)(2)(A)-(C) of the Federal Rules of Bankruptcy Procedure, no later than **March 12, 2021**.

   c. Rebuttal expert disclosures, if any, shall be made no later than **April 16, 2021**. Rebuttal experts shall be limited to responding to opinions stated by initial experts.

   d. Expert depositions shall be completed no later than **May 28, 2021**

   e. Each side shall be limited to one retained or specifically employed expert witness per issue, not including the Parties (including their principals) themselves.

5. <u>Discovery Disputes</u>.

    a. Shall be subject to Local Rule for practicing in the U.S. Bankruptcy Court, District of Arizona, 7037-1.

6. <u>Dispositive Motions</u>.

    a. Dispositive motions shall be filed no later than **July 9, 2021**.

7. <u>Trial Setting Conference</u>

On **<u>November 9, 2021 at 11:00 a.m.</u>** (30 minutes allowed), the court will conduct a telephonic trial setting conference. Participants shall have their calendars available for the conference. Plaintiff shall initiate the conference call by arranging for the presence of all other attorneys and self-represented parties, and by calling chambers at **<u>877-336-1829, using access code 5564497</u>** at the scheduled time.

Dated this ___ day of _____, 2020.

Honorable Brenda K. Martin
United States Bankruptcy Judge